UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                       :       04 CR 0203 (ARR)
    -against-                                  :
                                               :
LINDSEY MCDONNELL, et. al,                     :       ORDER
                                               :
                Defendant.                     :
------------------------------------------------------------ X
ROSS, United States District Judge:

Joel Cohen, the attorney representing defendant Lindsey McDonnell, was appointed pursuant to CJA. Pursuant to his application, the court has issued a subpoena for the attendance at trial of witness Rachael Broullette, c/o Millenium Homes, 5330 10th Avenue S.W., Naples, Florida, (239) 289-7553. The witness must be present in the New York area by the evening of August 3, 2005. The marshal service is directed to serve the subpoena and secure the presence of the witness in this district and to pay any necessary expenses attendant upon her presence for trial testimony. See 18 U.S.C. § 4285; Fed. R. Crim. Pro. 17 and notes.

SO ORDERED.

                                                   _____
                                                   Allyne R. Ross
                                                   United States District Judge

Dated: August 3, 2005
       Brooklyn, New York

1